United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
J. Wayne Joell
Catherine M. Amoroso
    Debtors

Case No. 11-18527-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John                    Page 1 of 2                   Date Rcvd: Apr 24, 2017
                            Form ID: 138NEW              Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db/jdb         +J. Wayne Joell,    Catherine M. Amoroso,    1133 Township Line Rd.,    Penllyn, PA 19422-1021
cr             +Gwynedd Dental Associates,    c/o Marc ALan Zaid, Esquire,    920 Matsonford Road, Suite 100,
                 West Conshohocken, PA 19428-2728
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX  75063)
cr             +U.S. BANK NATIONAL ASSOCIATION,    P. O. Box 9013,    Addison, TX 75001-9013
12810332       +Adelstein & Kaliner, LLC,    Jon M. Adelstein, Esquire,    350 South Main Street, Suite 105,
                 Doylestown, PA 18901-4872
12588921        BAC Home Loans Serv LP,    PO Box 5170,    Simi Valley, CA 93062-5170
12653139       +Bank of America, N.A.,    PO Box 660933,    Dallas, TX 75266-0933
12588923        CAC FINANCIAL CORP,    2601 NW EXPRESSWAY, SUITE 1000 EAST,    Oklahoma City, OK 73112-7236
12588924        CAPITAL ONE,    PO BOX 71083,    Charlotte, NC 28272-1083
12588925        Card Services,    P. O. Box 8833,    Wilmington, DE 19899-8833
12602851       +Gwynedd Dental Associates,    c/o Marc A. Zaid Esq.,    920 Matsonford Road, Suite 100,
                 West Conshohocken, PA 19428-2728
12588927        HSBC RETAIL SERVICES,    P. O. BOX 17298,    Baltimore, MD 21297-1298
12588926        Helzberg Card,    P. O. Box 49353,    San Jose, CA 95161-9353
12588929        JUNIPER CARD SERVICES,    PO BOX 13337,    Philadelphia, PA 19101-3337
13845204       +Nationstar Mortgage LLC,    for WELLS FARGO, MERRILL LYNCH 2004-HE2,    c/o THOMAS I. PULEO,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12611184       +SPECIALIZED LOAN SERVICING,LLC,    8742 LUCENT BLVD,SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
12588931        Sears Credit Cards,    P. O. Box 183081,    Columbus, OH 43218-3081
12588932        Specialized Loan Serrvicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
13307634        eCast Settlement Corporation,    PO Box 28136,    New York  NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 25 2017 01:25:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2017 01:25:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2017 01:25:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Apr 25 2017 01:25:22     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:21:45     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Apr 25 2017 01:25:22     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 01:27:03
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:21:45
                 Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Apr 25 2017 01:25:21     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12592804       +E-mail/Text: EBNProcessing@afni.com Apr 25 2017 01:25:46     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12588922        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:21:45     BANANA REPUBLIC/GEMB,
                 P. O. BOX 530942,    Atlanta, GA 30353-0942
12611140        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 01:21:46
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12642430       +E-mail/Text: bncmail@w-legal.com Apr 25 2017 01:25:47     CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12813874       +E-mail/Text: bnc@bass-associates.com Apr 25 2017 01:25:22     Capital One, N.A,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
12641302       +E-mail/Text: cio.bncmail@irs.gov Apr 25 2017 01:25:25     DEPARTMENT OF TREASURY,
                 INTERNAL REVENUE SERVICE,    P O BOX 7346,    PHILADELPHIA PA 19101-7346
12671848        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 01:21:41     Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12924773        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 01:21:41     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12715803       +E-mail/Text: bnc@bass-associates.com Apr 25 2017 01:25:22     HSBC Bank Nevada, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12597591        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 25 2017 01:25:48
                 FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
12934929        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 01:27:03     Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0313-2           User: John                 Page 2 of 2                  Date Rcvd: Apr 24, 2017
                               Form ID: 138NEW            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12588930        +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 25 2017 01:25:50
                 Nelson Watson & Assoc. LLC,    80 Merrimack Street,   Lower Level,   Haverhill, MA 01830-5211
12667097        +E-mail/Text: bncmail@w-legal.com Apr 25 2017 01:25:47     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12678768         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 01:27:00
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
12597346         E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 01:21:41
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             eCast Settlement Corporation,   PO Box 28136,   New York, NY   10087-8136
12588928*      +IRS,   PO Box 804527,   Cincinnati, OH 45280-4527
13120106*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,   350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
```
          CHRISTOPHER A. DENARDO    on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JON M. ADELSTEIN    on behalf of Debtor J. Wayne Joell jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Joint Debtor Catherine M. Amoroso jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
          MARC A. ZAID    on behalf of Creditor   Gwynedd Dental Associates zaidesq@cs.com
          NELSON DIAZ    on behalf of Creditor   BANK OF AMERICA, N.A. ndiaz@milsteadlaw.com,
           bkecf@milsteadlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC, as Servicer for WELLS FARGO
           BANK FOR THE CERTIFICATEHOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN
           ASSET-BACKED CERTIFICATES, SERIES 2004-HE2 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: J. Wayne Joell and Catherine M. Amoroso

    Debtor(s)

Bankruptcy No: 11−18527−sr

Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 4/24/17

75 – 74
Form 138_new