United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 11-18527-sr
J. Wayne Joell                                            Chapter 13
Catherine M. Amoroso
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John            Page 1 of 1          Date Rcvd: Jun 07, 2017
                              Form ID: 195          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db/jdb          +J. Wayne Joell,   Catherine M. Amoroso,   1133 Township Line Rd.,   Penllyn, PA 19422-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
          CHRISTOPHER A. DENARDO    on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JON M. ADELSTEIN    on behalf of Debtor J. Wayne Joell jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Joint Debtor Catherine M. Amoroso jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
          MARC A. ZAID    on behalf of Creditor   Gwynedd Dental Associates zaidesq@cs.com
          NELSON DIAZ    on behalf of Creditor   BANK OF AMERICA, N.A. ndiaz@milsteadlaw.com,
           bkecf@milsteadlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC, as Servicer for WELLS FARGO
           BANK FOR THE CERTIFICATEHOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN
           ASSET-BACKED CERTIFICATES, SERIES 2004-HE2 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

J. Wayne Joell and Catherine M. Amoroso        : Case No. 11−18527−sr
      Debtor(s)

### *ORDER*

_____

    AND NOW, this day , June 7, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court